# ORIGINAL

Approved: _____
KEVIN MEAD
Assistant United States Attorney

Before:   HONORABLE ROBERT W. LEHRBURGER
          United States Magistrate Judge
          Southern District of New York

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :
                                    :
ANGEL MANUEL LOPEZ PADILLA,         :
                                    :
                                    :
          Defendant.                :
                                    :
------------------------------------x

## 22 MAG 2558

COMPLAINT

Violation of 21 U.S.C.
§ 846

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

     FERNANDO ESPINDOLA, being duly sworn, deposes and says
that he is a Task Force Officer with Homeland Security
Investigations ("HSI"), and charges as follows:

## COUNT ONE
### (Narcotics Conspiracy)

     1.   In or about March 2022, in the Southern District of New
York and elsewhere, ANGEL MANUEL LOPEZ PADILLA, the defendant, and
others known and unknown, intentionally and knowingly did combine,
conspire, confederate, and agree together and with each other to
violate the narcotics laws of the United States.

     2.   It was a part and an object of the conspiracy that ANGEL
MANUEL LOPEZ PADILLA, the defendant, and others known and unknown,
would and did distribute and possess with intent to distribute a
controlled substance, in violation of Title 21, United States Code,
Section 841(a)(1).

     3.   The controlled substance that ANGEL MANUEL LOPEZ
PADILLA, the defendant, conspired to distribute and possess with
intent to distribute was 400 grams and more of mixtures and

1

substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge of the foregoing charge are, in part, as follows:

4. I am a Task Force Officer with HSI and have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. From my involvement in the investigation, I have learned that the following occurred on or about March 16, 2022 and very early in the morning on March 17, 2022:

a. Two undercover police officers (the "UCs") were scheduled to purchase a quantity of fentanyl from an individual later identified as ANGEL MANUEL LOPEZ PADILLA, the defendant.

b. The UCs met PADILLA at a location in Peekskill, New York. PADILLA showed the UCs a quantity of narcotics hidden in a speaker (the "Speaker") in PADILLA's vehicle.

c. PADILLA and the UCs then got into their separate cars and began driving to a different location.

d. Law enforcement stopped PADILLA's vehicle, searched it, and located 12 kilograms of suspected fentanyl in the Speaker, a photograph of which is below:



        e.     Law enforcement field-tested several of the kilograms of suspected fentanyl, and they tested positive for fentanyl.

        f.     Law enforcement arrested PADILLA.

        g.     PADILLA was interviewed by law enforcement after his arrest, and the following occurred:

        i.     PADILLA was read his <u>Miranda</u> rights and agreed to waive those rights.

        ii.     PADILLA stated that he had picked up the Speaker from another individual ("CC-1") in the Bronx earlier that day.

        WHEREFORE, I respectfully request that ANGEL MANUEL LOPEZ PADILLA, the defendant, be imprisoned, or bailed, as the case may be.


_____
FERNANDO ESPINDOLA
Task Force Officer
Homeland Security Investigations


Sworn to before me on
this 17th day of March, 2022


_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORKs

4